TILLIE BOLES, as Administratrix of the Estate of HENRY BOLES, Deceased, Respondent, *v.* MUNSON STEAMSHIP LINE, INC., Appellant, Impleaded with Others.

(Argued June 8, 1932; decided July 19, 1932.)

*James A. Gray* and *C. B. Dunham* for appellant.

*Walter L. Rathborne* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed, and new trial granted, with costs to abide the event, on the authority of *Maleeny* v. *Standard Shipbuilding Corp.* (237 N. Y. 250). (Cf. *Johnson* v. *U. S. Shipping Board, etc.*, 24 Fed. Rep. [2d] 963; reversed on other grounds, 280 U. S. 320; *Matter of Pennsylvania R. R. Co.*, 48 Fed. Rep. [2d] 559.) No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.